UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANGLE INC.,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>  Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/24/22<br><br>Case No.: 22-CV-02350 |

### [PROPOSED] ORDER TO EXCEED PAGE LIMIT

On this day, the Court considered Plaintiff's Motion to Exceed Page Limit (the "Motion") and it is hereby ORDERED that Plaintiff may submit a memorandum of law in support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of the page limitations that may be set by the Court, and in the form attached to the Motion as Exhibit A.

SIGNED this  24th  day of  March , 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1