USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/27/22__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,

    Defendants.

Case No.: 1:22-cv-02350

**ORDER FOR ADMISSION PRO HAC VICE**

    The motion of Harry J. Moren, for admission to practice pro hac vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

    Harry J. Moren
    Thoits Law
    400 Main Street, Suite 250
    Los Altos, CA 94022
    (650) 327-4200
    hmoren@thoits.com

    Applicant having requested admission pro hac vice to appear for all purposes as counsel for Tangle Inc. in the above entitled action

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 27, 2022

　　　　　　　　　　　　　　　　　　　　　Honorable Valerie E. Caproni
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge