**MEMO ENDORSED**

# GLACIER LAW LLP

| RUOTING.MEN* | 200 PARK AVENUE, SUITE 1703, NEW YORK, 10166<br>EMAIL: RUOTING.MEN@GLACIER.LAW<br>WEB: WWW.GLACIER.LAW | TELEPHONE (312) 270-0413<br>FACSIMILE (312) 801-4587<br>*Admitted in New York |

April 29, 2022

**Via Electronic Case Filing**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/2/22
```

Re: *Tangle, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A hereto*
Case No: 1:22-cv-02350-VEC
**Request for Extension of Time**

Dear Judge Caproni:

This firm represents Defendant Shenzhen Baliang Keji Co., LTD ("Defendant", d/b/a "light-lighting") in connection with the above referenced matter. Defendant pursuant to FED. R. CIV. P. 6(b)(1), Local Rule 7.1(d) and Your Honor's Individual Practice 2C, respectfully moves, **with the consent from the Plaintiff**, for an **first time extension** of time up to and including **June 4, 2022** to file an Answer, which is **originally due on May 4, 2022**, and in support states:

Defendant is an entity domiciled in the People's Republic of China. The undersigned was retained by the Defendant on April 29, 2022. The undersigned has not had time and opportunity to adequately investigate the claims and allegations raised against the Defendant, as well as potentially case-dispositive issues such as lack of personal jurisdiction, and improper service of process. To adequately conduct a defense, it is also likely that all relevant documents will need to be translated from English to Chinese and vice versa, which requires additional time.

We greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information we are available at the Court's convenience.

Respectfully Submitted,

_____/s/ Ruoting Men_____
Ruoting Men, Esq.
ruoting.men@glacier.law
GLACIER LAW LLP
200 Park Avenue, Ste. 1703
New York, NY 10166
Telephone: (312)270-0413

Cc:  Via ECF Counsel of Record

Application GRANTED. Defendant Shenzhen Baliang Keji Co., LTD's time to answer is hereby ADJOURNED from May 4, 2022 until June 4, 2022.

SO ORDERED.

*/s/ Valerie Caproni*   5/2/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE